IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MARK ORTEGA, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED;<br>　　*Plaintiff*<br><br>-vs-<br><br>CORNERSTONE AUTO PROTECTION INC., CALL HANDLES, LLC,<br>　　*Defendants* | § § § § § § § § § § | SA-24-CV-00573-XR |

**ORDER**

Having considered the Plaintiff's Response (ECF No. 11) to this Court's Order to Show Cause (ECF No. 8), this Court finds that in light of Defendant's failure to maintain a registered agent and the necessity of substitute service on the California Secretary of State, Plaintiff has established good cause for his failure to effect service of process within the period contemplated by Rule 4(m). Defendants are deemed to have been timely served with process on September 16, 2024.

　　It is so **ORDERED**.

　　**SIGNED** this 19th day of September, 2024.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE