IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MARK ORTEGA, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED;<br>*Plaintiff*<br><br>-vs-<br><br>CORNERSTONE AUTO PROTECTION INC., CALL HANDLES, LLC,<br>*Defendants* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | SA-24-CV-00573-XR |

## **ORDER**

On this date, the Court considered the status of this case. On October 25, 2024, the Court granted by text order the Motion for Withdrawal of Counsel (ECF No. 13) filed by counsel for Plaintiff Mark Ortega. No successor attorney has been identified.

Pursuant to the Local Rules of the Western District of Texas:

> An attorney seeking to withdraw from a case must file a motion specifying the reasons for withdrawal and providing the name and office address of the successor attorney. If the successor attorney is not known, the motion must set for the client's name, address, and telephone number, and must bear either the client's signature or a detailed explanation why the client's signature could not be obtained after due diligence.

Local Rule AT-3 (W.D. Tex.). "An attorney may withdraw from representation only upon leave of the court and a showing of good cause and reasonable notice to the client." *Matter of Wynn*, 889 F.2d 644, 646 (5th Cir. 1989). A district court's decision to grant leave to withdraw is within the sound discretion of the court. *Id.*

Because the motion complied with the local rule and shows good cause, the Court permitted counsel to withdraw, and Attorney Paulina Almanza was withdrawn as counsel for Plaintiff Mark Ortega.

No later than **November 25, 2024**, Plaintiff shall either (1) file a written advisory to the Court that he intends to proceed without counsel; (2) obtain new counsel and have that counsel enter a written appearance; (3) notify the Court that he no longer wishes to prosecute this case and move to voluntarily dismiss this case; or (4) move for additional time to comply with this Order.

**Failure to comply with this Order may result in dismissal of this case.**

The Clerk is directed to mail a copy of this Order to Plaintiff at the following address:

Mark Anthony Ortega
15450 Capital Prt. Dr.
San Antonio, Texas 78249
(210) 744-9663

It is so **ORDERED**.

**SIGNED** this 25th day of October, 2024.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE