# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| MARK ORTEGA, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED; § § § *Plaintiff*, § § v. § § CORNERSTONE AUTO PROTECTION § INC., CALL HANDLES, LLC, § § *Defendants*. | Civil Action No. SA-24-CV-00573-XR |

## ORDER SETTING STATUS CONFERENCE

On this day the Court considered the status of this case. This case is set for an in-person status conference and hearing on all pending motions, if any, on **Thursday, February 06, 2025** at **10:30 a.m.** in Courtroom H, United States Courthouse, 262 West Nueva, San Antonio, Texas 78207. If the parties wish to proceed via Zoom, they must notify the Courtroom Deputy, Sylvia Fernandez, at least 48 hours in advance. The parties should be prepared to discuss all pending motions.

It is so **ORDERED**.

**SIGNED** January 6, 2025.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE