| | |
|---|---|
| Name: Mark Anthony Ortega <br> Address: 152 Bedingfeld Dr <br> San Antonio, TX 78231 <br> Phone Number: 210-744-9663 <br> Email Address: mortega@utexas.edu <br> *Pro Se* | **FILED** <br> January 15, 2025 <br> CLERK, U.S. DISTRICT COURT <br> WESTERN DISTRICT OF TEXAS <br> BY: _____RR_____ <br> DEPUTY |

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| MARK ORTEGA, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED; <br>              PLAINTIFF(S) <br> v. <br> CORNERSTONE AUTO PROTECTION INC. and CALL HANDLES, LLC <br>              DEFENDANT(S) | CASE NUMBER <br> SA-24-CV-00573-XR <br><br> **APPLICATION FOR PERMISSION TO FILE ELECTRONICALLY** |

As the ☒ Plaintiff ☐ Defendant in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic filing ("e-filing") in this case. I hereby affirm that:

1. I have reviewed the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases and the Local Court Rules available on the Court's website at www.txwd.uscourts.gov.

2. I understand that once I register for e-filing, I will receive notices and documents in this instant case only by e-mail and not by U.S. mail.

3. I understand that if my use of the Court's e-filing system is unsatisfactory, my e-filing privileges may be revoked and I will be required to file documents in paper, but will continue to receive documents via e-mail.

4. I understand that I may not e-file on behalf of any other person in this case.

5. I have regular access to the technical requirements necessary to e-file successfully:
   *Check all that apply.*
   - [✔] A Computer with internet access.
   - [✔] An email account on a daily basis to receive notifications from the Court and notices from the e-filing system.
   - [✔] A scanner to convert documents that are only in paper format into electronic files.
   - [✔] A printer or copier to create required paper copies such as chambers copies.
   - [✔] A word-processing program to create documents; and
   - [✔] A PDF reader and a PDF writer to convert word processing documents into PDF format, the only electronic format in which documents can be e-filed.

Date: 1/15/2025                                  Signature: /s/ Mark Anthony Ortega